**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:03CR434** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **RAUL L. ARAUJO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on its own motion pending the resentencing hearing scheduled on July 29, 1005, at 8:45 a.m.

On or before July 22, 2005, each party shall file a brief sentencing memorandum indicating the party's position with respect to anticipated sentencing issues. The memoranda shall include suggested advisory sentencing guideline computations. Failure to file a memorandum may be considered as an abandonment of the party's position with respect to any sentencing issue.

IT IS ORDERED that each party shall file, on or before July 22, 2005, a sentencing memorandum as outlined above.

DATED this 7th day of June, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge